862 F.Supp. 413

CERAMICA REGIOMONTANA, S.A., CERANICAS Y PISOS INDUSTRIALES DE CULIACAN, S.A. DE C.V., AND INDUSTRIAS INTERCONTINENTAL, S.A., PLAINTIFFS *v.* UNITED STATES, DEFENDANT

Court No. 89–06–00323

(Dated September 14, 1994)

## JUDGMENT

MUSGRAVE, *Judge:* This Court having received and reviewed the Department of Commerce, International Trade Administration ("Commerce") Results of Redetermination Pursuant to Court Remand *Ceramica Regiomontana, S.A. et al. v. United States, Slip Op. 94–74 (May 5, 1994),*

IT IS HEREBY ORDERED, ADJUDGED, and DECREED: that the Remand Results filed by Commerce are affirmed in all respects, and it is further

ORDERED, ADJUDGED, and DECREED: that since all other issues have been decided, this case is dismissed.